**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GISELE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a California Corporation; and DOES 1 to 10 inclusive,<br><br>　　　　Defendants. | 2:17-cv-07708-RSWL-SS<br><br>**ORDER TO SHOW CAUSE Why This Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction** |

　　Plaintiff's Complaint, which alleges racial harassment and discrimination under 42 U.S.C. § 1981, does not state the grounds for the Court's subject matter jurisdiction over Plaintiff's Action, as required by Fed. R. Civ. P. 8(a)(1), and, as such, Plaintiff is

　　**HEREBY ORDERED** to show cause, in writing, on or before **November 20, 2017**, as to why this Action should not be dismissed without prejudice for lack of subject

1

matter jurisdiction.  Failure to respond as indicated herein will result in the dismissal of this Action.
**IT IS SO ORDERED.**

DATED: November 6, 2017        s/ RONALD S.W. LEW
                               **HONORABLE RONALD S.W. LEW**
                               Senior U.S. District Judge